IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JONATHAN B. EDENS**                                                                                     **PLAINTIFF**

**V.**                                      **CASE NO. 5:22-CV-5067**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                     **DEFENDANT**

**JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 24th day of May, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE